UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maril Bailey,<br><br>                  Plaintiff,<br><br>    v.<br><br>Shasta Union High School District, et al.,<br><br>                  Defendants. | No. 2:23-cv-01750-KJM-DMC<br><br>ORDER |

      In a previous order, this court granted in part and denied in part defendants' motion to dismiss the first amended complaint with leave to amend within twenty-one days. *See* Order (Nov. 19, 2024), ECF No. 33. The deadline for any amendment has passed, and plaintiffs have not filed a further amended complaint. Defendants are therefore directed to file an answer **within fourteen days**. This matter otherwise remains under referral to the assigned Magistrate Judge for pretrial scheduling. *See* Min. Order, ECF No. 26.

      IT IS SO ORDERED.

DATED: January 2, 2025.

UNITED STATES DISTRICT JUDGE