IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIL BAILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　　　Defendants. | No. 2:23-CV-1750-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. On referral from the District Judge, the matter is set for an initial status/scheduling conference before the undersigned on February 12, 2025, at 11:00 a.m., via Zoom. On or before February 5, 2025, the parties shall meet and confer and file with the Court a revised joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

　　　　IT IS SO ORDERED.

Dated: January 21, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1